IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADREAN L. SMITH,

                                         JUDGMENT IN A CIVIL CASE

      Plaintiff,

                                         17-cv-179-bbc

v.

GARY BOUGHTON, M. KARTMAN,
M. CLEMENTS, CAPT. PRIMMER,
LT. LEFFLER, SGT. BLOYER and
SGT. BERGER

      Defendants.

      This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| | |
|---|---|
| /s/ | 6/14/2018 |
| Peter Oppeneer, Clerk of Court | Date |